IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-03049-RPM

HEATHER VIGIL,

    Plaintiff,

v.

THE CITY OF CHERRY HILLS VILLAGE, a municipality located in Colorado,

    Defendant.

_____

**ORDER VACATING SCHEDULING CONFERENCE AND SETTING DEADLINE FOR FILING STIPULATION OF DISMISSAL**
_____

    The Court, having reviewed the parties' Notice of Resolution, hereby vacates the Scheduling Conference set for March 8, 2012 at 11:00 a.m. and orders the parties to file a Stipulation for Dismissal, with prejudice, of all claims on this matter by April 13, 2012.

    Date: March 7, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge