IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2011-CV-03049-RPM-KLM

HEATHER VIGIL,

    Plaintiff,

v.

THE CITY OF CHERRY HILLS VILLAGE, a municipality located in Colorado,

    Defendant.

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Stipulation for Dismissal with Prejudice and the Court being fully advised in the premises,

DOTH ORDER that the claims against the City are dismissed with prejudice, all parties to pay their own costs and attorney's fees, and that this case is fully concluded.

DATED: March 27, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch
                      U.S. District Court Judge

{